DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**KIMBERLY ANDERSON**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00286-JAM-1 |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: March 11, 2014<br>TIME: 9:45 AM |
| KIMBERLY ANDERSON, | JUDGE: Hon. John A. Mendez |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Josh Sigal, Assistant U.S. Attorney, and defendant Kimberly Marie Anderson, by and through her attorney, Dan Koukol, that the disposition hearing of March 11, 2014 be vacated and reset on April 8, 2014 at 9:45 AM.

/ /

/ /

/ /

/ /

/ /

/ /

-1-

This continuance is being requested because the probation department needs additional time to locate a suitable treatment facility for Ms. Anderson.

DATED: MARCH 7, 2014            Respectfully submitted,

                                /s/ DAN KOUKOL
                                _____
                                DAN KOUKOL
                                Attorney for defendant Kimberly Anderson

DATED: MARCH 7, 2014            Respectfully submitted,

                                /s/ DAN KOUKOL FOR JOSH SIGAL
                                _____
                                Josh Sigal
                                Assistant U.S. Attorney

**IT IS SO ORDERED,** that the disposition hearing in the above-entitled matter, scheduled for March 11, 2014, be vacated and the matter continued to April 8, 2014 at 9:45 AM.

DATED:  3/7/2014

                    /s/ John A. Mendez_____
                    John A. Mendez
                    UNITED STATES DISTRICT COURT JUDGE