**FILED**
June 22, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> KIMBERLY ANDERSON, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:12-cr-00286-JAM <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Kimberly Anderson</u>; Case <u>2:12-cr-00286-JAM</u> from custody and for the following reasons:

\_\_   Release on Personal Recognizance

\_\_   Bail Posted in the Sum of _____

\_\_   Unsecured Appearance Bond in the amount of $

\_\_   Appearance Bond with 10% Deposit

\_\_   Appearance Bond secured by Real Property

\_\_   Corporate Surety Bail Bond

_X_   (Other) <u>Probation Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>6/22/2015</u> at <u>2:10 pm</u>.

By _____
Kendall J. Newman
United States Magistrate Judge