| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, #214897<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| 5 | Attorney for Defendant<br>KIMBERLY MARIE ANDERSON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KIMBERLY MARIE ANDERSON,<br><br>　　　　Defendant. | Case No. 2:12-cr-00286 JAM<br><br>JOINT STIPULATION TO DISMISS PETITION FILED 12/10/14 AND CONTINUE ON SUPERVISION; ORDER<br><br>JUDGE: Hon. John A. Mendez |

BACKGROUND

Ms. Anderson's 36 month term of supervised release began in June of 2012, and a 29 month term of supervised release re-commenced on May 16, 2014. The petition to revoke supervision was filed on December 10, 2014 and contains two charges: one concerns Ms. Anderson's unlawful use of a controlled substance on November 27, 2014, and the second concerns her associating with a convicted felon.

Ms. Anderson appeared before the Court on July 21, 2015. At the request of the parties and U.S. Probation, the Court continued the matter to December 8, 2015, with the understanding that petition would be dismissed if she remained in compliance with the terms of supervised release.

On December 3, 2015, Ms. Anderson's Probation Officer informed the parties that she is in compliance with her terms of supervision.

Stipulation and Proposed Order　　　　　-1-

1  THE STIPULATION

2  Based on the foregoing, the parties and U.S. Probation are requesting that the Court
3  dismiss the Petition filed December 10, 2014, without prejudice, and vacate the revocation
4  hearing currently set for December 8, 2015.  The parties, with the full agreement of the Probation
5  Officer, believe that Ms. Anderson should be continued on supervision under the same terms and
6  conditions previously set.

8  Dated:  December 4, 2015

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin Galloway*
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
KIMBERLY ANDERSON

Dated:  December 4, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ Shelley Weger*
SHELLEY WEGER
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Petition For Warrant or Summons for Offender Under Supervision, filed December 10, 2014, is hereby dismissed without prejudice. The defendant, Kimberly Marie Anderson, is to remain under supervision under the terms and conditions previously set. The revocation hearing currently set for December 8, 2015 is hereby vacated.

DATED: December 4, 2015

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge